UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE ANN GREEN,

        Plaintiff,                                       Case No. 1:08-CV-678

v.                                                Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 2, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 2, 2009, is approved and adopted as the opinion of the court. The Commissioner's decision is **reversed and remanded** pursuant to sentence four of 42 U.S.C. § 405(g) for re-evaluation of the opinions of Drs. Madrid, Kieliszewski, and McCarthy, and whether Plaintiff meets the requirements of Listing 12.05B.

       This case is **concluded**.

Dated: June 25, 2009                                                      /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE